ANNA MUTKA, an Infant, by KATIE FALDITZKO, Her Guardian ad Litem, Appellant, *v.* HEBREW SHELTERING GUARDIAN SOCIETY, Respondent.

*Mutka* v. *Hebrew Sheltering Guardian Society*, 129 App. Div. 923, affirmed.
(Argued January 18, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries

alleged to have been sustained by plaintiff through the negligence of defendant, her employer.

*Herbert C. Smyth* for appellant.

*Frank Verner Johnson, E. Clyde Sherwood* and *Harry S. Austin* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.